Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TONI INSERRA, an individual;<br><br>Plaintiff,<br><br>v.<br><br>PINNACLE SERVICES INC. dba SUMMIT COLLECTION SERVICES, a domestic corporation;<br><br>Defendant. | Case No.: 3:22-cv-00300-CLB<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Toni Inserra ("Plaintiff"), and Defendant Pinnacle Services Inc. dba Summit Collection Services ("Summit") (the "Parties") have resolved all claims, disputes, and differences between the Parties. Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to Summit, with Plaintiff and Summit bearing their attorneys'

///
///
///
///
///
///
///

Page 1 of 2

fees and costs incurred in this action.

Respectfully Submitted.

Dated: August 23, 2023

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
***Attorney for Plaintiff***

Dated: August 23, 2023

**LAW OFFICE OF CLIFF
YOUNG**

*/s/ Clifton Young*
Clifton Young, Esq.
Nevada Bar No. 1233
650 S. Rock Blvd. #21A
Reno, Nevada 89502
cliffyounglaw@yahoo.com
***Attorney for Defendant***

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 23, 2023